UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND *et al.*, <br>     *Plaintiffs*, <br><br> v. <br><br> URBAN SIGN & CRANE, INC. *et al.*, <br>     *Defendants*. | 1:23-cv-01163-MSN-WBP |

## **ORDER**

This matter comes before the Court upon the Report and Recommendation issued by Magistrate Judge William B. Porter on July 3, 2024 (ECF 43) ("Recommendation").[1] Having reviewed the record and Judge Porter's Recommendation, and finding good cause to do so, the Court will adopt the Recommendation. Accordingly, it is hereby

**ORDERED** that the Recommendation is **APPROVED** and **ADOPTED** in full; it is further

**ORDERED** that Plaintiffs' Motion for Default Judgment (ECF 33) is **GRANTED**; it is further

**ORDERED** that judgment by default in the total sum of **$37,971.77** is entered against Defendants in Plaintiffs' favor. It is further

**ORDERED** that, in addition to damages, Defendants shall pay to the Plaintiffs' attorney fees and costs calculated at **$16,363.91.**

---

[1] Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline to submit any objections to Judge Porter's Recommendation was July 17, 2024. Because no such objections have been filed, the Court embraces Judge Porter's analysis without reservation.

The Clerk of Court is directed to enter judgment as set forth above pursuant to Rule 55 of the Federal Rules of Civil Procedure.

It is **SO ORDERED**.

/s/
Michael S. Nachmanoff
United States District Judge

Hon. Michael S. Nachmanoff
United States District Judge

Alexandria, Virginia
July 22, 2024